UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY TUBOLINO,

Plaintiff,

v.

NANCY A. BERRYHILL,

Defendant.

Case No. 18-cv-02511-JSW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 9

On May 29, 2018, the Court issued an Order extending the deadline for Plaintiff to serve and file proof of service of the Order at Docket No. 8 and ordered Plaintiff to serve and file proof of the order dated May 29, 2018 on Defendant by June 5, 2018. The Court stated that if Plaintiff failed to comply with that deadline, the Court would issue an Order to Show Cause why sanctions should not be imposed for failure to comply with the Court's deadlines.

Plaintiff has complied with the deadline to inform the Court whether she will consent to proceed before a Magistrate Judge, but she has not filed proof of service of the Orders at Docket Nos. 8 and 9. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions in the amount of $250.00 for the failure to comply with the Court's orders. Plaintiff's response to this Order to Show Cause shall be due by June 13, 2018.

**IT IS SO ORDERED.**

Dated: June 6, 2018

_____
JEFFREY S. WHITE
United States District Judge